IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PHILLIP ALLISON,

    Plaintiff,                    No. CIV S-05-0547 GEB GGH P

    vs.

DR. KHOURY, et al.,

    Defendants.               ORDER

_____/

        Plaintiff has filed his second request for an extension of time to file an amended complaint pursuant to the court's order of March 29, 2005. Good cause appearing, the request will be granted. No further extensions of time will be granted.

        IT IS HEREBY ORDERED that:

        1. Plaintiff's June 1, 2005 second request for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint; no further extension of time will be granted but for a showing of substantial cause.

DATED: 6/10/05

                                          /s/ Gregory G. Hollows

                                          GREGORY G. HOLLOWS
                                          UNITED STATES MAGISTRATE JUDGE

GGH:bb
alli0547.36(2)