IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PHILLIP ALLISON,

    Plaintiff,                      No. CIV S-05-0547 GEB GGH P

    vs.

DR. KHOURY, et al.,

    Defendants.             ORDER

_____/

        On July 25, 2005, the court referred this action to the King Hall Civil Rights Clinic. The court directed the Clinic to inform the court within thirty days whether they would accept representation of plaintiff. Thirty days passed and King Hall did not respond to the order.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Within twenty days of the date of this order, the Civil Rights Clinic shall inform the court of their decision;

        2. The Clerk of the Court is directed to serve this order on the University of California, King Hall Civil Rights Clinic.

DATED: 10/26/05

                                  /s/ Gregory G. Hollows

                                  _____
all547.ord                           GREGORY G. HOLLOWS
                                  UNITED STATES MAGISTRATE JUDGE