IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PHILLIP ALLISON,

      Plaintiff,                    No. CIV S-05-0547 GEB GGH P

    vs.

DR. KHOURY, et al.,

      Defendants.              <u>ORDER</u>

_____/

        On July 25, 2005, the court referred this action to the King Hall Civil Rights Clinic. The court directed the Clinic to inform the court within thirty days whether they would accept representation of plaintiff. Thirty days passed and the Clinic did not respond to the order. Accordingly, on October 27, 2005, the court granted the Clinic twenty additional days to inform the court of their decision. Twenty days passed and the Clinic did not respond to this order.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The Court has determined that the King Hall Civil Rights Clinic will not accept representation of plaintiff;

/////

/////

/////

1

1       2. The Clerk of the Court is directed to serve this order on the University of
California, King Hall Civil Rights Clinic.

DATED: 12/23/05

/s/ Gregory G. Hollows

all547.ord(s)

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE