IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PHILLIP ALLISON,

     Plaintiff,                       2:05-cv-0547-GEB-GGH-P

     vs.

DR. KHOURY, et al.,

     Defendants.               <u>ORDER</u>

_____/

     Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

     On April 18, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.

     The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1

1. The findings and recommendations filed April 18, 2006, are adopted in full;

2. Defendant Bien's December 22, 2005, motion to dismiss is denied;

3. The motion to dismiss filed December 27, 2005, is granted as to defendants Khoury and Kearny, and denied as to all claims against defendant Liou; the motion to dismiss is denied as to defendants Mehta and Liou regarding the claims concerning their treatment of plaintiff's left hand;

4. Defendant Raymond's January 19, 2006, motion to dismiss is denied insofar as the catheter insertion claim, but granted insofar as removal of the blood clot is concerned;

5. Defendants shall file an answer within thirty days of the date of this order.

Dated: June 26, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge