IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PHILLIP ALLISON,

      Plaintiff,                       No. CIV S-05-0547 GEB GGH P

      vs.

DR. KHOURY, et al.,

      Defendants.              <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court are four motions to compel filed by plaintiff on December 21, 2006. For the following reasons, these motions are denied.

        Pursuant to the October 6, 2006, scheduling order, all requests for discovery were to be served no later than sixty days prior to December 22, 2006. Sixty days prior to December 22, 2006, was October 23, 2006. Attached to the motions to compel are proofs of service for each of the at-issue discovery requests. The proofs of service for all discovery requests indicate that they were served on defendants on October 24, 2006. Defendants objected to the discovery requests on grounds that they were untimely.

        Plaintiff did not seek court permission to serve his discovery requests past October 23, 2006. For this reason, defendants' objection that the requests are untimely is well-

1

founded. On this ground, the motions to compel are denied.

On December 10, 2006, plaintiff filed a motion for law library access. Plaintiff alleged that he required additional law library access in order to prepare more motions to compel. Because the discovery deadline has passed, the motion for law library access so that plaintiff may file more motions to compel is denied.

On February 7, 2007, defendants filed a summary judgment motion. Because of the outstanding discovery requests, plaintiff may have been confused regarding his obligation to file an opposition. Accordingly, the court will grant plaintiff an extension of time to file his opposition.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motions to compel filed December 21, 2006 (court doc. nos. 52, 53, 54, 55) are denied;

2. Plaintiff's December 20, 2006, motion for law library access is denied;

3. Plaintiff is granted thirty days from the date of this order to file his opposition to defendants' summary judgment motion.

DATED: 2/28/07

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

all547.com