IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PHILLIP ALLISON,

    Plaintiff,                    No. CIV S-05-0547 GEB GGH P

    vs.

DR. KHOURY, et al.,

    Defendants.             <u>ORDER</u>

_____/

        Defendants' summary judgment motion is submitted for decision.  Because it is unlikely that this motion will be resolved before the pretrial conference and jury trial, these dates are vacated.

        Accordingly, IT IS HEREBY ORDERED that the jury trial set for September 4, 2007, at 9:00 a.m. before the Honorable Garland E. Burrell and the pretrial conference set for June 15, 2007, are vacated.

DATED: 5/17/07                        /s/ Gregory G. Hollows

                                           UNITED STATES MAGISTRATE JUDGE

all547.vac